UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John MERCER, individually and derivatively on behalf of Maravai Lifesciences Holdings, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>William E. MARTIN, et al.,<br><br>    Defendants. | Case No.: 25-cv-1582-AGS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE (ECF 9)** |
| Sam HUSURIANTO, individually and derivatively on behalf of Maravai Lifesciences Holdings, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>William E. MARTIN, et al.,<br><br>    Defendants. | Case No.: 25-cv-1809-AGS-AHG<br><br>**ORDER CONSOLIDATING CASES** |

In *Mercer v. Martin*, 25-cv-1582, the parties' joint motion to consolidate (ECF 9) is granted. The *Mercer* case and *Husurianto v. Martin*, 25-cv-1809, are consolidated for all purposes under case number 25-cv-1582. All future filings involving either case will be made in that consolidated case. The Clerk is directed to add Laurence M. Rosen as counsel to the consolidated case. The consolidated case remains stayed under the original *Mercer* stay order. (*See* ECF 8.)

Dated: August 8, 2025

_____
Hon. Andrew G. Schopler
United States District Judge