**GLANCY PRONGAY WOLKE & ROTTER LLP**
Pavithra Rajesh (SBN 323055)
prajesh@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Plaintiffs and*
*Counsel for Plaintiff John Mercer*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MARAVAI LIFESCIENCES HOLDINGS, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:25-cv-01582-AGS-AHG<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs John Mercer and Sam Husurianto ("Plaintiffs"), nominal defendant Maravai Lifesciences Holdings, Inc. ("Maravai"), and the Maravai officers and directors individually named as defendants in this action (the "Individual Defendants," and with Maravai, "Defendants," and with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby jointly submit this stipulation of voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a) and 23.1(c) and in support state as follows:

WHEREAS, on August 8, 2025, the Court entered the Order Granting Joint Motion to Consolidate (ECF No. 10), thereby consolidating *Mercer v. Martin*, 25-cv-

01582-AGS-AHG and *Husurianto v. Martin*, 25-cv-01809-AGS-AHG into the above-captioned action (the "Consolidated Derivative Action");

WHEREAS, Maravai and certain of the Individual Defendants were parties to the related securities class action, *Nelson v. Maravai Lifesciences Holdings, Inc. et al.*, Case No. 3:25-cv-00499-AGS-AHG, which was pending in this Court (the "Securities Class Action");

WHEREAS, on September 29, 2025, defendants in the Securities Class Action filed a motion to dismiss;

WHEREAS, on January 15, 2026, this Court granted the motion to dismiss in the Securities Class Action with leave to amend by February 2, 2026. Lead plaintiffs in the Securities Class Action did not file an amended complaint. The parties in the Securities Class Action subsequently filed a Joint Motion for Entry of Judgment (1) requesting that the Court enter a final judgment in favor of defendants and dismiss the action with prejudice, and (2) stating that no party would appeal a final judgment and dismissal with prejudice. On February 23, 2026, the Court adopted the Joint Motion for Entry of Judgment, dismissed the action with prejudice, and directed the Clerk of the Court to issue a judgment. On February 25, the Clerk of the Court issued a judgment in favor of Defendants;

WHEREAS, the Parties have considered the judgment and dismissal of the Securities Class Action, and the impact thereof on the viability of the claims asserted in the Consolidated Derivative Action;

WHEREAS, pursuant to Federal Rules of Civil Procedure 41(a) and 23.1(c), Plaintiffs seek to voluntarily dismiss the Consolidated Derivative Action in its entirety without prejudice;

WHEREAS, notice to shareholders of the voluntary dismissal is not required in this instance because: (i) there has been no settlement or compromise of this Consolidated Derivative Action; (ii) there has been no collusion among the Parties; (iii) neither Plaintiffs nor their counsel has received or will receive, directly or

indirectly, any consideration from Defendants in connection with the dismissal; (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or Maravai shareholder to pursue claims; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal.

NOW, THEREFORE, the Parties jointly request that the Court enter an Order pursuant to Fed. R. Civ. P. 41(a) and 23.1(c), that:

1. The Consolidated Derivative Action is dismissed without prejudice.

2. The Parties shall bear their own respective attorneys' fees, costs, and expenses in relation to the Consolidated Derivative Action; and

3. For the reasons stated above, no notice of the dismissal is required under Rule 23.1(c).

Respectfully submitted,

Dated: March 3, 2026

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By: */s/ Pavithra Rajesh*
Robert V. Prongay (SBN 270796)
Pavithra Rajesh (SBN 323055)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: prajesh@glancylaw.com
Email: rprongay@glancylaw.com

*Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff John Mercer*

| | | |
|---|---|---|
| Dated: March 3, 2026 | | **THE ROSEN LAW FIRM, P.A.** |
| | | By: */s/ Laurence M. Rosen* |
| | | Laurence M. Rosen (SBN 219683) |
| | | 355 South Grand Avenue, Suite 2450 |
| | | Los Angeles, CA 90071 |
| | | Telephone: (213) 785-2610 |
| | | Facsimile: (213) 226-4684 |
| | | Email: lrosen@rosenlegal.com |
| | | |
| | | *Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Sam Husurianto* |
| Dated: March 3, 2026 | | **LATHAM & WATKINS LLP** |
| | | By: */s/ Colleen C. Smith* |
| | | Colleen C. Smith (SBN 231216) |
| | | 12670 High Bluff Drive |
| | | San Diego, CA 92130 |
| | | (858) 523-5400 |
| | | colleen.smith@lw.com |
| | | |
| | | Nicholas J. Siciliano (IL SBN 6287387) |
| | | John J. Barber (IL SBN 6285692) |
| | | Renatta A. Gorski (IL SBN 6332737) |
| | | 330 North Wabash Street, Suite 2800 |
| | | Chicago, IL 60611 |
| | | (312) 876-7700 |
| | | nicholas.siciliano@lw.com |
| | | jack.barber@lw.com |
| | | renatta.gorski@lw.com |
| | | |
| | | *Counsel for Defendants William E. Martin III, Kevin Herde, R. Andrew Eckert, Sean Cunningham, Benjamin Daverman, John DeFord, Susannah Gray, Jessica Hopfield, Gregory T. Lucier, Luke Marker, Constantine Mihas, Murali K. Prahalad, and Nominal Defendant Maravai LifeSciences Holdings, Inc.* |

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Laurence M. Rosen, counsel for Plaintiff Sam Husurianto, and Colleen C. Smith, counsel for Defendants. I certify that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: March 3, 2026                    */s/ Pavithra Rajesh*
                                         Pavithra Rajesh

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Pavithra Rajesh*
Pavithra Rajesh