

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Mercer, Derivatively on Behalf of Nominal Defendant Maravai LifeSciences Holdings, Inc.<br><br>Plaintiff,<br>V.<br><br>See Attachment<br><br><br><br>Defendant. | Civil Action No. __25cv1582-AGS-AHG__<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The parties' joint motion to dismiss (ECF 18 ) is granted. The case is dismissed without prejudice. The case is hereby closed.

Date: _____3/4/26_____

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Fujita_____
M. Fujita, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  25cv1582-AGS-AHG

Defendants:
William E. Martin III; Kevin Herde; R Andrew Eckert; Sean Cunningham; Benjamin Daverman; John DeFord; Susannah Gray;  Jessica Hopfield; Gregory T. Lucier; Luke Marker; Constantine Mihas; Murali K. Prahalad; Maravai Lifesciences Holdings, Inc., Nominal Defendant;